UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

| | |
|---|---|
| ANDREA HALL,<br>Petitioner | CIVIL ACTION NO. 1:20-CV-01132-P |
| VERSUS | JUDGE DAVID C. JOSEPH |
| DARREL VANNOY,<br>Respondent | MAGISTRATE JUDGE JOSEPH H.L.<br>PEREZ-MONTES |

**J U D G M E N T**

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein [Doc. 10] and after a *de novo* review of the record including the Objection filed by Petitioner [Doc. 11], and having determined that the findings and recommendation are correct under the applicable law,

IT IS ORDERED that the Petition for Writ of Habeas Corpus under 28 U.S.C. § 2241 [Docs. 1, 7] is hereby DISMISSED WITHOUT PREJUDICE for lack of jurisdiction. Petitioner is warned that future filings in absence of authorization from the Fifth Circuit will result in the imposition of additional monetary sanctions. *See* In re: *Andrea Hall*, 14-30768 (5th Cir. 8/19/14).

THUS DONE AND SIGNED in Chambers, this 19th day of November, 2020.

_____
DAVID C. JOSEPH
UNITED STATES DISTRICT JUDGE